IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESURANCE INS. SERVS., INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 13-5777 |
| GARY WEBER, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 2nd day of July, 2014, upon consideration of Plaintiff's Motion for Summary Judgment (Docket Nos. 14, 15), Defendants Gary and Roseanne Weber's Response and Cross-Motion for Summary Judgment (Docket No. 16), and the parties' Stipulation of Agreed Upon Facts (Docket No. 13), and following an oral argument on June 23, 2014, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Docket Nos. 14, 15) is **GRANTED**;

2. Defendant Gary and Roseanne Weber's Cross-Motion for Summary Judgment (Docket No. 16) is **DENIED**;

3. Judgment is entered in favor of Plaintiff and against Defendants Gary and Roseanne Weber.  Roseanne Weber is not entitled to recover bodily injury liability coverage from the personal auto policy issued by Esurance to Gary Weber for claims arising from the December 20, 2012 accident;

4. No later than 7 days from the date of this Order, Esurance shall inform the Court whether it has any claims against remaining Defendant Gina Finio.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE